GARY L. RAINSDON, TRUSTEE
PO Box 506
Twin Falls, ID 83303
PHONE: (208)734-1180
FAX:    (208) 7342783
trustee@filertel.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| Thane Nebeker | ) | |
| | ) | CASE NO. 11-41317-JDP |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

REPORT OF SALE BY TRUSTEE

The Trustee has sold the following property of the estate and pursuant to Bankruptcy Rule 6004(f)(1) makes this report of sale.

1. DESCRIPTION OF PROPERTY SOLD estate's interest in:

    2001 Peterbilt Semi-truck

2. NAME OF BUYER: Thane Nebeker

3. ACCOUNTING OF SALE PROCEEDS:

    Total Sale Price        $    17,000.00

    Net Proceeds            $    17,000.00

Trustee certifies that this report is true and correct to the best of the Trustee's knowledge.

Dated:    April 11, 2012

                                    /s/
                                    Gary L. Rainsdon, Trustee

Cc: US Trustee, ECF
    John O. Avery, ECF
    Daniel Green, ECF